IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:15-cv-00778-CMV |
| Plaintiff, ) | Hon. Chelsey M. Vascura |
| ) | (through order of reference entered Jan. |
| v. ) | 14, 2016, pursuant to 28 U.S.C. § 636(c)) |
| ) | |
| MICHAEL GRIFFITH, ) | |
| RUTH GRIFFITH, ) | |
| OVERSEE SUN GLOW, AND HER ) | |
| SUCCESSORS, a Nevada corporation, ) | |
| ) | |
| Defendants. ) | |

**Consent Judgment and Order of Partial Dismissal**

1. Judgment is hereby entered in favor of the United States of America and against Ruth Griffith, for the unpaid assessed balance of her federal income tax liabilities for the years 2002 through 2008 and 2010 through 2015, plus interest and other additions to tax accruing after the dates of assessment, in the following amounts:

| Taxable Year Ending Dec. 31 of | Total Amount Due, Including All Accruals, as of October 15, 2018 |
|---|---|
| 2002 | $32,565.73 |
| 2003 | $4,854.85 |
| 2004 | $13,250.11 |
| 2005 | $16,377.46 |
| 2006 | $30,055.48 |
| 2007 | $17,563.51 |
| 2008 | $10,236.59 |
| 2010 | $10,782.29 |
| 2011 | $10,464.10 |
| 2012 | $2,971.64 |
| 2013 | $11,374.17 |
| 2014 | $9,741.36 |
| 2015 | $5,779.28 |

1

For a total amount due, as of October 15, 2018, of $176,016.57, plus interest or other statutory additions accruing after October 15, 2018, pursuant to 26 U.S.C. §§ 6601, 6621 and 6622 and 28 U.S.C. § 1961(c) until paid.

2. The United States' tax liens securing the payment of the amounts identified in paragraph 1, above, attach to the parcels of property described generally in paragraph 17 of the First Amended Complaint (the "Property"), and described more specifically in Exhibits A and B to the First Amended Complaint. With respect to the part of paragraph 17 of the First Amended *Complaint* that alleges that the tax lien should be enforced against "a portion of parcel #56-00534," the parties agree that the liens described by this Consent Judgment only attach to that part of parcel #56-00534 that is described on the notice of federal tax lien attached to the First Amended Complaint (ECF Nos. 3-1 and 3-2) as "Parcel #56-00534.001," and which is more particularly described with a metes-and-bounds description on the notice of federal tax lien.

3. The United States' tax liens described in paragraph 2, above, are ordered enforced against the Property.

4. This Consent Judgment is subject to the timing limitations described in the Settlement Agreement entered into prior to the death of Michael Griffith. Pursuant to the Settlement Agreement, the United States shall not take steps to enforce the tax liens against the Property, for as long as paragraphs 3 through 9 of the Settlement Agreement prevents the United States from selling the Property. Should the provisions of the Settlement Agreement permit the United States to take further steps to enforce the liens against the Property, the United States shall be required to either bring a motion for a sale of the Property in this action or, in its discretion, bring a new action seeking the sale of the Property.

5. The United States' claims made against Michael Griffith, now deceased, identified in the First Amended Complaint are hereby dismissed, without prejudice.

IT IS SO ORDERED.

/s/ Chelsey M. Vascura

HON. CHELSEY M. VASCURA

UNITED STATES MAGISTRATE JUDGE

The undersigned parties, through their respective attorneys, consent to the above form of consent judgment.

Dated: 07/23/2019

Dated: July 22, 2019

/s/ Thomas P. Cole
Thomas P. Cole, Esq.
Trial Attorney, Tax Division
Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
Direct line(202) 514-9611
Fax (202) 514-5238
Thomas.P.Cole@usdoj.gov
Attorney for the Plaintiff

/s/ Vincent James Nardone
Vincent James Nardone
Nardone Law Group, LLC
300 E. Broad St., Suite 490
Columbus, OH 43215
614-223-0039
Fax: 614-223-0115
Email: vnardone@nardonelawgroup.com
Attorney for Ruth Griffith and Oversee Sun Glow, and Her Successors, a Nevada Corporation.

Dated: _____

Dated: July 22, 2019

Ruth Griffith
Ruth Griffith